**In the United States District Court**
**for the District of Kansas**

---

**United States of America**,
                    Plaintiff,

v.                                                    Case No. 25-10156-01 JWB

**Sai Praveen Kommana,**
                    Defendant.

---

## Motion for Continuance

---

Sai Praveen Kommana, through undersigned counsel, moves this Court to continue the pretrial motions deadline, status conference, and jury trial for 60 days, for the following reasons:

1. The current schedule for this case is:

   a. Motions deadline is February 23, 2026.

   b. Status conference is scheduled for March 9, 2026, at 9:00 a.m.

   c. Jury trial is scheduled for March 23, 2026, at 9:00 a.m.

2. We are requesting to continue all three deadlines.

3. The government does not object to this request.

4. Additional time is necessary, beyond the original trial date, for counsel's effective preparation, taking into account counsel's exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). Specifically:

   a. Mr. Kommana was arraigned on January 9, 2026, in Kansas City, Kansas.

   b. The government's deadline to produce discovery is Friday, February 27, 2026. To this date, the government has not provided any discovery.

Additional time is necessary to allow the government to produce the discovery to counsel, review the discovery, review and discuss the discovery with Mr. Kommana, conduct additional investigation, and determine whether to file pretrial motions.

c.  This is Mr. Kommana's first request for continuance.

d.  Mr. Kommana is in custody.

For these reasons, the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7). "[S]ubsection (h)(7) expressly accounts for the possibility that a district court would need to delay a trial to give the parties adequate preparation time." *Bloate v. United States*, 559 U.S. 196, 213 (2010). "[A] district court may exclude preparation time under subsection (h)(7) if it grants a continuance for that purpose based on recorded findings 'that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.'" *Id*. at 214. This subsection provides "[m]uch of the Act's flexibility," and gives district courts "discretion . . . to accommodate limited delays for case specific needs." *Zedner v. United States*, 547 U. S. 489, 498-99 (2009). Those needs are present here.

Mr. Kommana therefore asks this Court to make the required findings and continue jury trial for 60 days, setting new deadlines related to pretrial motions and scheduling a status conference in conformity with the new trial date.

Respectfully submitted,

s/ Ellen Bertels
ELLEN BERTELS
Sup. Ct. No. 28938
Assistant Federal Public Defender
Federal Public Defender Office
301 N. Main, Suite 850
Wichita, KS 67202
Telephone: (316) 269-6170
Fax: (316) 269-6175
E-mail: Ellen_Bertels@fd.org

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court on February 23, 2026, by using the CM/ECF system, which will send a notice of electronic filing to all interested parties

s/ Ellen Bertels
ELLEN BERTELS, #28938

3